

MDLOUT, TRLSET

RECEIVED MAR 25 2004 U.S. DISTRICT COURT

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:04-cv-01740-JSM-TGW
### Internal Use Only

| | |
|---|---|
| Pharmastem Therapeutics, Inc. v. Cryo-Cell International, Inc. et al | Date Filed: 07/28/2004 |
| Assigned to: Judge James S. Moody, Jr | Jury Demand: Both |
| Referred to: Magistrate Judge Thomas G. Wilson | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

05 - 154

### Plaintiff

**Pharmastem Therapeutics, Inc.**   represented by   **Charles Allen Carlson**
*a Delaware corporation*                                Barnett Bolt Kirkwood Long & McBride
                                                        601 Bayshore Blvd., Suite 700
                                                        Tampa, FL 33606
                                                        813/253-2020 ext: 107
                                                        Fax: 813/251-6711
                                                        Email: CCarlson@barnettbolt.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
Perkins Coie LLP
101 Jefferson Dr.
Menlo Park, CA 94025-1114
650 838-4300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Andre**
Perkins Coie LLP
101 Jefferson Dr.
Menlo Park, CA 94025-1114
650/838-4300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____ Deputy Clerk

V.

**Defendant**

**Cryo-Cell International, Inc.**
*a Delaware corporation*

represented by **Charles Franklin Ketchey, Jr.**
Akerman Senterfitt
100 S. Ashley Dr., Suite 1500
P.O. Box 3273
Tampa, FL 33601-3273
813/223-7333
Fax: 813/223-2837
Email: charles.ketchey@akerman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD Bruce Zafran**
*an individual*

represented by **Charles Franklin Ketchey, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cryo-Cell International, Inc.**
*a Delaware corporation*

represented by **Charles Franklin Ketchey, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**MD Bruce Zafran**
*an individual*

represented by **Charles Franklin Ketchey, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Nicholas Didier**

**Counter Defendant**

**Pharmastem Therapeutics, Inc.**

represented by **Charles Allen Carlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 07/28/2004 | 1 | COMPLAINT against Cryo-Cell International, Inc., Bruce Zafran ; jury demand ( Filing fee $ 150 receipt number T028441), filed by Pharmastem Therapeutics, Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(eec ) (Entered: 07/29/2004) |
|---|---|---|
| 07/28/2004 | 2 | NOTICE of pendency of other actions re order of compliance to Local Rule by Pharmastem Therapeutics, Inc. (Attachments: # 1 Exhibit)(eec ) (Entered: 07/29/2004) |
| 07/28/2004 | 3 | NOTICE of disclosure statement pursuant to Rule 7.1 by Pharmastem Therapeutics, Inc. (eec ) (Entered: 07/29/2004) |
| 07/28/2004 | 4 | Summons issued as to Cryo-Cell International, Inc. Consent(s) issued. (eec ) (Entered: 07/29/2004) |
| 07/28/2004 | 5 | Summons issued as to Bruce Zafran. Consent(s) issued. (eec ) (Entered: 07/29/2004) |
| 07/29/2004 | | COPIES mailed re 1 Complaint to Commissioner of Patents and Trademarks (eec ) (Entered: 07/29/2004) |
| 07/29/2004 | 6 | APPEARANCE of non-resident counsel and designation of local counsel by Charles Allen Carlson on behalf of Pharmastem Therapeutics, Inc. Local Counsel: Charles Allen Carlson (eec ) (Entered: 07/30/2004) |
| 08/06/2004 | 7 | NOTICE of designation under Local Rule 3.05 - track 2 issued on 8/6/2004. (smb) (Entered: 08/06/2004) |
| 08/09/2004 | | COPIES mailed re 7 Related case order and notice of designation of track 2 (bls) (Entered: 08/09/2004) |
| 08/18/2004 | 9 | RETURN of service executed on 8/2/04 by Pharmastem Therapeutics, Inc. as to Cryo-Cell International, Inc. (eec ) (Entered: 08/19/2004) |
| 08/19/2004 | 8 | MOTION for extension of time to file answer or otherwise plead *to Complaint* by Cryo-Cell International, Inc., Bruce Zafran. (Ketchey, Charles) (Entered: 08/19/2004) |
| 08/24/2004 | 10 | ENDORSED ORDER granting 8 Motion for extension of time to respond to complaint. Cryo-Cell International, Inc.'s response due 9/13/2004; Bruce Zafran's response due 9/13/2004. Signed by Judge James S. Moody Jr. on 8/24/2004. (NMB) (Entered: 08/24/2004) |
| 08/25/2004 | | COPIES mailed to Counsel: Paul J. Andre, Lisa Kobialka re |

| | | |
|---|---|---|
| | | [10] Order on motion for extension of time to answer (eec) (Entered: 08/25/2004) |
| 08/27/2004 | 11 | RETURN of service executed on 8/13/04 by Pharmastem Therapeutics, Inc. as to Bruce Zafran. (eec) (Entered: 08/30/2004) |
| 09/10/2004 | 12 | Second MOTION for extension of time to file answer or otherwise plead *Second Agreed Motion for Extension of Time to Respond to Complaint and Memorandum of Law* by Cryo-Cell International, Inc., Bruce Zafran. (Ketchey, Charles) (Entered: 09/10/2004) |
| 09/15/2004 | 13 | ENDORSED ORDER granting 12 Second Agreed Motion for Extension of Time to Respond to Complaint. Defendant Cryo-Cell International, Inc.'s answer due 9/20/2004; Defendant Bruce Zafran's answer due 9/20/2004. Signed by Judge James S. Moody Jr. on 9/15/2004. (len) (Entered: 09/15/2004) |
| 09/16/2004 | 14 | NOTICE of pendency of other actions re order of compliance to Local Rule by Pharmastem Therapeutics, Inc. Related case(s): No (Carlson, Charles) (Entered: 09/16/2004) |
| 09/17/2004 | 15 | *Defendants' Joint* ANSWER to complaint with Jury Demand, First COUNTERCLAIM against Nicholas Didier, Pharmastem Therapeutics, Inc. by Cryo-Cell International, Inc., Bruce Zafran. (Attachments: # 1 # 2 # 3 # 4)(Ketchey, Charles) (Entered: 09/17/2004) |
| 10/08/2004 | 16 | First MOTION to dismiss counterclaim by Pharmastem Therapeutics, Inc.. (Carlson, Charles) (Entered: 10/08/2004) |
| 10/12/2004 | 17 | CASE MANAGEMENT REPORT. (Carlson, Charles) (Entered: 10/12/2004) |
| 10/15/2004 | 18 | SCHEDULING NOTICE: Status Conference (Re: case management and case scheduling deadlines) set for 11/9/2004 08:45 AM in Courtroom 13 A before Judge James S. Moody Jr. (len) (Entered: 10/15/2004) |
| 10/18/2004 | | COPIES mailed to Counsel re [18] Notice of Hearing (eec) (Entered: 10/18/2004) |
| 10/20/2004 | 19 | NOTICE of Appearance by Charles Allen Carlson on behalf of Pharmastem Therapeutics, Inc. (Carlson, Charles) (Entered: 10/20/2004) |
| 10/20/2004 | | RE: Paul J. Andre; Lisa Kobialka; Amanda M. Fox; Ulysses |

| | | |
|---|---|---|
| | | S.T. Hui special admission attorney certification forms and fees received, receipt #T029633 (jmg) (Entered: 10/21/2004) |
| 10/28/2004 | 20 | MEMORANDUM in opposition *MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS* filed by Cryo-Cell International, Inc.. (Attachments: # 1 Exhibit 1)(Ketchey, Charles) "NO LINK TO MOTION, COUNSEL NOTIFIED AND WILL REFILE" Modified on 10/29/2004 (eec ). (Entered: 10/28/2004) |
| 10/28/2004 | 21 | MOTION for preliminary injunction *and Permanent Injunction* by Pharmastem Therapeutics, Inc.. (Carlson, Charles) (Entered: 10/28/2004) |
| 10/28/2004 | 22 | MEMORANDUM in support re 21 Motion for preliminary injunction *and Permanent Injunction* filed by Pharmastem Therapeutics, Inc.. (Carlson, Charles) (Entered: 10/28/2004) |
| 10/29/2004 | 23 | NOTICE by Cryo-Cell International, Inc. *NOTICE OF FILING MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* (Ketchey, Charles) (Entered: 10/29/2004) |
| 10/29/2004 | 24 | NOTICE by Cryo-Cell International, Inc. *NOTICE OF FILING MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM* (Ketchey, Charles) (Entered: 10/29/2004) |
| 10/29/2004 | 25 | MEMORANDUM in opposition re 16 Motion to dismiss *Defendant Cryo-Cell's Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss* filed by Cryo-Cell International, Inc.. (Attachments: # 1 Exhibit 1)(Ketchey, Charles) (Entered: 10/29/2004) |
| 10/29/2004 | 26 | MOTION for temporary restraining order by Pharmastem Therapeutics, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E and F)(Carlson, Charles) (Entered: 10/29/2004) |
| 10/29/2004 | 27 | MEMORANDUM in support re 26 Motion for temporary restraining order *Enjoining Cyro-Cell* filed by Pharmastem Therapeutics, Inc.. (Carlson, Charles) (Entered: 10/29/2004) |
| 11/01/2004 | 28 | ENDORSED ORDER denying 26 Motion for temporary restraining order. Signed by Judge James S. Moody Jr. on 11/1/2004. (nmb) (Entered: 11/01/2004) |

| | | |
|---|---|---|
| 11/02/2004 | | COPIES mailed to Counsel re [28] Order on motion for temporary restraining order (eec ) (Entered: 11/02/2004) |
| 11/03/2004 | 29 | MOTION to appear pro hac vice by Charles Franklin Ketchey Jr. by on behalf of Cryo-Cell International, Inc., Bruce Zafran. (Attachments: # 1)(Ketchey, Charles) (Entered: 11/03/2004) |
| 11/03/2004 | 30 | APPEARANCE of non-resident counsel and designation of local counsel by Charles Franklin Ketchey Jr. on behalf of Cryo-Cell International, Inc., Bruce Zafran Local Counsel: Charles Franklin Ketchey Jr. (Ketchey, Charles) (Entered: 11/03/2004) |
| 11/03/2004 | 31 | AMENDED SCHEDULING NOTICE: Status Conference (Re: case management, case scheduling deadlines AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION) set for 11/9/2004 08:45 AM in Courtroom 13A before Judge James S. Moody Jr. Time reserved: 15 minutes.(smb) (Entered: 11/03/2004) |
| 11/04/2004 | | COPIES mailed to Counsel re [31] Notice of Hearing, (eec ) (Entered: 11/04/2004) |
| 11/04/2004 | | Motions no longer referred: 29 MOTION to appear pro hac vice by Charles Franklin Ketchey Jr. (eec ) (Entered: 11/04/2004) |
| 11/05/2004 | | RE: James J. Rodgers special admission attorney certification form and fee received, receipt #T029875 (jmg) (Entered: 11/05/2004) |
| 11/08/2004 | 32 | MEMORANDUM in opposition re 26 Motion for temporary restraining order *Defendant Cryo-Cell's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary and Permanent Injunction* filed by Cryo-Cell International, Inc., Bruce Zafran. (Ketchey, Charles) (Entered: 11/08/2004) |
| 11/09/2004 | 33 | Minute Entry: STATUS CONFERENCE held before Judge James S. Moody Jr. on 11/9/2004. (Court Reporter: Sherrill Jackson) (smb) (Entered: 11/09/2004) |
| 11/10/2004 | 34 | ORDER: This action is STAYED until 3-10-05. The parties are directed to file a status report at that time. Signed by Judge James S. Moody Jr. on 11/10/2004. (len) (Entered: 11/10/2004) |
| 11/12/2004 | | COPIES mailed to Counsel: Paul J. Andre, Lisa Kobialka re 34 |

| | | |
|---|---|---|
| | | Order (eec) (Entered: 11/12/2004) |
| 11/16/2004 | 35 | CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial Conference set for 1/9/2007 09:00 AM in Courtroom 13 A before Judge James S. Moody Jr. Jury Trial set for trial month commencing 2/5/2007. (See Order for case deadlines.) Signed by Judge James S. Moody Jr. on 11/16/2004. (len) (Entered: 11/16/2004) |
| 11/17/2004 | | COPIES mailed to Counsel re 35 Case management and scheduling order (eec) (Entered: 11/17/2004) |
| 12/01/2004 | 36 | TRANSCRIPT of proceedings held on 11/9/04 before Judge James S. Moody, Jr. Court Reporter: Sherrill Lynn Jackson. (eec) (Entered: 12/01/2004) |
| 03/10/2005 | 37 | STATUS REPORT by Pharmastem Therapeutics, Inc.. (Carlson, Charles) (Entered: 03/10/2005) |
| 03/21/2005 | 38 | MULTIDISTRICT LITIGATION panel order transferring case to: Delaware Transferree court case number: 05-cv-154-GMS MDL case number: 1660 (jlh, ) (Entered: 03/21/2005) |