UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,

v.

CASE NO. 8:04-CV-1740-T-30TGW

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

        Defendants.
_____/

### PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Pursuant to F.R.C.P. 7.1, plaintiff, Pharmastem Therapeutics, Inc., hereby gives notice that it does not have a parent company and that there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

_____
Charles A. Carlson, Esq.
Florida Bar No. 716286
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
Telephone (813) 253-2020
Facsimile (813) 251-6711

and

PERKINS COIE LLP
Paul J. Andre, Esq.
Lisa Kobialka, Esq.
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone (650) 838-4300
Facsimile (650) 838-4350

Co-Counsel for PharmaStem Therapeutics, Inc.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was personally served on Defendant, at the time of service of the Summons and Complaint in this matter.

_____
Attorney