AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

PHARMASTEM THERAPEUTICS, INC.

V.

CRYO-CELL INTERNATIONAL, INC.
and BRUCE ZAFRAN, M.D.

**SUMMONS IN A CIVIL CASE**

CASE 8:04-CV-1740-T-30TGW

TO: BRUCE ZAFRAN, M.D.
8110 Royal Palm Beach Boulevard
Coral Springs, FL 33065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Charles A. Carlson, Esq.
BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE
Post Office Box 3287
Tampa, FL  33601-3287

an answer to the complaint which is herewith served upon you, within   __twenty (20)__   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                              28 JUL 2004
CLERK                                          DATE

_Denise L. Vought_
(By) DEPUTY CLERK