UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 JUL 29 PM 3: 33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,

v.

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

        Defendants.
_____/

CASE NO.:8:04-CV-1740-T-30TGW

## DESIGNATION OF LOCAL COUNSEL

Pursuant to Fed. R. Civ. P. 2.02(a)(1), plaintiff, PharmaStem Therapeutics, Inc. hereby designates Charles A. Carlson, Esq. and the law firm of Barnett, Bolt, Kirkwood, Long & McBride as local counsel upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

_____
Charles A. Carlson, Esq.
Florida Bar No. 716286
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
Telephone (813) 253-2020
Facsimile (813) 251-6711

and

PERKINS COIE LLP
Paul J. Andre, Esq.
Lisa Kobialka, Esq.
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone (650) 838-4300
Facsimile (650) 838-4350

Co-Counsel for PharmaStem Therapeutics, Inc.

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was personally served on Defendants at the time of service of the Summons and Complaint in this matter.

_____
Attorney