UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,

        v.

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

        Defendants.
_____/

CASE NO.:8:04-CV-1740-T-30TGW

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM OF LAW

Defendants, Cryo-Cell International, Inc. ("Cryo-Cell") and Bruce Zafran, M.D. ("Zafran") file this Motion for Extension of Time to Respond to Complaint and request that this Court extend the time for Cryo-Cell and Zafran to respond to the Complaint by an additional twenty (20) days, until Monday, September 13, 2004.  In support hereof, defendants submit the accompanying memorandum of law.

## MEMORANDUM OF LAW

Defendants, Cryo-Cell and Zafran request that this Court grant an additional twenty (20) days for Cryo-Cell and Zafran to respond to the complaint.  Defendants have consulted with counsel for the plaintiff, Pharmastem Therapeutics, Inc., and the undersigned is authorized to represent to this Court that the plaintiff consents to the requested extension and has no objection to this motion.

{TP148514;1}

WHEREFORE, it is respectfully requested that this Honorable Court grant this motion and allow an additional twenty (20) days, until Monday, September 13, 2004, for the filing of defendants' responses to the complaint.

Respectfully submitted,

AKERMAN SENTERFITT

/s/ Charles F. Ketchey, Jr.
Joseph W. Bain, Esq.
Florida Bar No. 860360
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401-6147
Telephone:    (561) 653-5000
Facsimile:     (561) 653-5333

and

Charles F. Ketchey, Jr., Esq.
Florida Bar No. 181735
Akerman Senterfitt
Post Office Box 3273
Tampa, Florida 33601-3273

Attorneys for Cryo-Cell International, Inc. and Brian Zafran, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion for Extension of Time to Respond to Complaint and Memorandum of Law has been furnished to Charles A. Carlson, Esq., Barnett, Bolt, Kirkwood, Long & McBride, Post Office Box 3287, Tampa, Florida 33601 and Paul Andre, Esq., Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025, via regular U.S. Mail on this 19th day of August, 2004.

/s/ Charles F. Ketchey, Jr.
Attorney

{TP148514;1}