AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__        District of        __FLORIDA__

PHARMASTEM THERAPEUTICS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CRYO-CELL INTERNATIONAL, INC.
and BRUCE ZAFRAN, M.D.

CASE 8:04-CV-1740-T-30TGW

TO:   CRYO-CELL INTERNATIONAL, INC.
      c/o Darrell C. Smith, as Registered Agent
      101 East Kennedy Boulevard
      Suite 2800
      Tampa, FL 33602

[FILED 04 AUG 18 PM 3:10 MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Charles A. Carlson, Esq.
BARNETT, BOLT, KIRKWOOD, LONG & MCBRIDE
Post Office Box 3287
Tampa, FL 33601-3287

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                        July 28, 2004
CLERK                                   DATE

_Denise L. Vought_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/2/04 @ 1:40p |
| NAME OF SERVER (PRINT)  BRIAN BEAUSOLEIL | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third-party~~ defendant. Place where -CORPORATION - TO: GERALD F. MAASS, EXEC. V.P. CRYO-CELL INTERNATIONAL, INC. 3165 McMULLEN BOOTH RD., BLD. B, CLEARWATER, FL 33761

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  8/2/04
          Date

*Signature of Server*

TAMPA, FL
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.