**VERIFIED RETURN OF SERVICE**
BRUCE ZAFRAN, M.D.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>THE MIDDLE DISTRICT OF FLORIDA | CASE: 8:04-CV 1740 T 30TGW<br>CIVIL DIVISION |
| PHARMASTEM THERAPEUTICS, INC.<br><br>vs.<br><br>CRYO-CELL INTERNATIONAL, INC. AND<br>BRUCE ZAFRAN, M.D. | SUMMONS, COMPLAINT, NOTICE OF PENDENCY OF OTHER ACTION, PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1, DESIGNATION OF LOCAL COUNSEL AND NOLTICE OF DESIGNATION UNDER LOCAL RULE 3.05 |

Pursuant to the request of Charles A. Carlson, Esq, 601 Bayshore Blvd., Tampa, FL. BILL GREENBERG SPECIAL SERVICES, INC., received this process on August 11, 2004 at 03:21 P.M.

I, MARION D. PETERS served same on **BRUCE ZAFRAN, M.D.**, at 8110 ROYAL PALM BEACH BLVD, CORAL SPRINGS, FL 33065 on **AUGUST 13, 2004** at **09:45 A.M.**

**INDIVIDUAL SERVICE**

By serving the within named person a copy of the above named document(s). FS 48.031(1)

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.
August 20th, 2004

_[signature]_
MARION D. PETERS 351

INDEX   235963

BILL GREENBERG SPECIAL SERVICES, INC.
18450 NE 2ND AVENUE
MIAMI, FL 33179
OFFICE (305) 770-4438

FILED
04 AUG 27 PM 2:59
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**RECEIVED**
AUG 27 2004
BARNETT, BOLT, KIRKWOOD,
LONG & McBRIDE