UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,                      CASE NO.:8:04-CV-1740-T-30TGW

v.

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

        Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 1.04(c), plaintiff, PharmaStem Therapeutics, Inc. ("Plaintiff" or "PharmaStem") hereby submits this Notice of Pendency of Other Actions. PharmaStem has filed several different patent actions which involve U.S. Patent Nos. 6,461,645 ("the '645 Patent") and 6,569,427 ("the '427 Patent"), the same patents that are being asserted against the defendants in this case.

On July 28, 2004, PharmaStem filed four different patent actions, asserting the '645 and '427 Patents against a number of defendants. The case pending in the United States District Court for the District of Massachusetts is entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., Obstetrical and Gynecological Associates, P.A., FemPartners, Inc. and St. Elizabeth's Medical Center*, Case No. 04 CV 11673 RWZ (the "Massachusettes Action"). The case pending in the United States District Court for the Eastern District of Pennsylvania is entitled *PharmaStem Therapeutics, Inc. v. CorCell, Inc., Molly McBride and Carlo M. Croce*, Case No. 2:04-CV-0351-RK (the "Pennsylvania Action"). The case pending in the United States District Court for the Northern District of California San Francisco Division is entitled *PharmaStem Therapeutics, Inc. v. Cord Blood Registry, Inc. and Sutter Health, Inc.*, Case No. C 04 3072 PVT (the "Northern California Action").

On August 4, 2004, PharmaStem filed a patent action in the United States District Court for the Central District of California, asserting the '645 and '427 Patents and another related patent. This case is entitled *PharmaStem Therapeutics, Inc. v. CureSource, Inc., Monica Aszlerbaum, Andrew Cassidenti, Eunice U. Lee, Carla Wells, Anita York, Eliot Romero, Kathy Anderson, Nasrin Farbakhsh, Bruce A. Hagadorn, Rajasree T. Seshadri, Arthur Goldstein and Charles W. Moniak*, Case No. SACV-04-921 GLT (ANX) (the "Central California Action").

Defendants Cryo-Cell International, Inc. and Bruce Zafran, M.D. in the case before this Court are not related to defendants in the Massachusetts Action, the Pennsylvania Action, the Northern California Action or the Central California Action.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

_____
Charles A. Carlson, Esq.
Florida Bar No. 716286
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
Telephone (813) 253-2020
Facsimile (813) 251-6711

and

PERKINS COIE LLP
Paul J. Andre, Esq.
Lisa Kobialka, Esq.
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone (650) 838-4300
Facsimile (650) 838-4350

Co-Counsel for PharmaStem Therapeutics, Inc.

2

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing, Notice of Pendency of Other Actions, has been furnished to Joseph W. Bain, Esq., Akerman Senterfitt, 222 Lakeview Avenue, Suite 400, West Palm Beach, FL 33401-6147 and Charles F. Ketchey, Jr., Esq., Akerman Senterfitt, Post Office Box 3273, Tampa, Florida 33601-3273, via U. S. Mail on this 16th day of September, 2004.

_____
Attorney

BBKLDOCS-#227301-v1-NotPendencyOtherActions.DOC