# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

                 Plaintiff,                CASE NO.:8:04-CV-1740-T-30TGW

     v.

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

                 Defendants.

_____/

## NOTICE OF APPEARANCE BY NON-RESIDENT COUNSEL

Pursuant to Fed. R. Civ. P. 2.02(a)(1), plaintiff, PharmaStem Therapeutics, Inc. hereby

notifies this court that Paul J. Andre, Esq., Lisa Kobialka, Esq., Amanda M. Fox, Esq., and

Ulysses S. R. Hui of Perkins Coie LLP have submitted Special Admission Attorney

Certifications to this honorable court and that Charles A. Carlson, Esq. and the law firm of

Barnett, Bolt, Kirkwood, Long & McBride will serve as local counsel upon whom all notices and

papers may be served and who will be responsible for the progress of the case, including the trial

in default of the non-resident attorney.

Respectfully submitted,

BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE

Charles A. Carlson, Esq.
Florida Bar No. 716286
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
Telephone (813) 253-2020
Facsimile (813) 251-6711

and

PERKINS COIE LLP
Paul J. Andre, Esq.
Lisa Kobialka, Esq.
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone (650) 838-4300
Facsimile (650) 838-4350

Co-Counsel for PharmaStem Therapeutics, Inc.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing, Notice of Appearance of Non-Resident Counsel, has been furnished to Joseph W. Bain, Esq., Akerman Senterfitt, 222 Lakeview Avenue, Suite 400, West Palm Beach, FL 33401-6147 and Charles F. Ketchey, Jr., Esq., Akerman Senterfitt, Post Office Box 3273, Tampa, Florida 33601-3273, via U. S. Mail on this 20th day of October, 2004.

Attorney

BBKLDOCS-#230301-v1-Desig_Non_Resident_Counsel.DOC

2