UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIACELL INC.,

    Plaintiff,

    v.

PHARMASTEM THERAPEUTICS, INC.,

    Defendant.

Civil Action No. 04-1335

## NOTICE OF JOINDER IN MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Cryo-Cell International, Inc. ("Cryo-Cell") and CorCell, Inc. ("CorCell") hereby join in and incorporate by reference the Motion of ViaCell, Inc. for a Preliminary Injunction, and all papers filed in support thereof. Cryo-Cell and CorCell were added to this action as plaintiffs after the filing of the motion.

Respectfully submitted,

Dawn N. Zubrick (#4327)
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(302) 571-9800

James J. Rodgers
Evelyn H. McConathy
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595

561230_1

Exhibit E

(215) 575-7000

Attorneys for Defendants
Cryo-Cell International, Inc. and
CorCell, Inc.


Date: October 28, 2004

561230_1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2004, a true and correct copy of the foregoing Noti e

of Joinder in Motion for Preliminary Injunction was served at the following addresses as

indicated:

**Hand Delivery**
Jeffrey L. Moyer, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Richard D. Kirk, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

**First Class Mail and Facsimile**

Paul F. Ware, P.C.
John C. Englander, Esq.
Elaine Herrmann Blais, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Paul J. Andre, Esq.
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

William F. Abrams, Esq.
Thomas F. Chaffin, Esq.
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304-1114

561230_1

James J. Rodgers

561230_1

## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

October 13, 2004

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Distirct of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801

> Re:  *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.,*
> **Civil Action No. 02-148 (GMS)**
> *ViaCell, Inc., v. PharmaStem Therapeutics, Inc.*
> <u>**Civil Action No. 04 CV 1335 (GMS)**</u>

Dear Judge Sleet:

        As requested, this letter is to confirm that the hearing on the parties' respective motions for Preliminary Injunction (and any renewed motion by defendants for injunction or contempt) is scheduled for November 3, 2004 at 10:00 a.m.

Respectfully,

Alyssa M. Schwartz

AMS/afg

cc:  Clerk of the Court (via hand delivery)
     Philip A. Rovner, Esquire (via facsimile)
     Paul J. Andre, Esquire (via facsimile)

RLF1-2796194-1

Exhibit F