UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS, INC.,
a Delaware corporation,

        Plaintiff,                CASE NO.:8:04-CV-1740-T-30TGW

      v.

CRYO-CELL INTERNATIONAL, INC., a
Delaware corporation, BRUCE ZAFRAN, MD,
an individual,

        Defendants.
_____/

**DEFENDANTS' NOTICE OF APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02**

Pursuant to Local Rule 2.02, I, James J. Rodgers, hereby appear on behalf of Defendants, Cryo-Cell International, Inc. and Bruce Zafran, M.D.. I am presently associated with Dilworth Paxson, LLP. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (Bar Number 21635). I am not a resident of the State of Florida, nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorney and/or law firm as local counsel in this instant action:

        Charles F. Ketchey, Jr., Esq.
        Florida Bar No. 181735
        Joseph W. Bain, Esq.
        Florida Bar No. 860360
        AKERMAN, SENTERFITT & EIDSON, P.A.
        100 South Ashley Drive, Suite 1500
        Tampa, Florida 33602-5311
        Telephone: (813) 223-7333
        Facsimile: (813) 223-2837

Date:  November 2, 2004               /s/ James J. Rodgers_____
                                     James J. Rodgers, Esq.

## **CONSENT OF DESIGNEE**

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

                                     /s/ Charles F. Ketchey, Jr._____
                                     Charles F. Ketchey, Jr., Esq.

Dated:  November 2, 2004.

                              Respectfully submitted,

                               /s/ James J.  Rodgers_____
                              James J. Rodgers, Esq.
                              Dilworth Paxson, LLP
                              3200 Mellon Bank Center
                              1735 Market Street
                              Philadelphia, PA 19103
                              Phone: 215-575-7000
                              Fax: 215-575-7200
                              Email: jrodgers@dilworthlaw.com

                              AKERMAN SENTERFITT

                                 /s/ Charles F. Ketchey, Jr.
                              Joseph W. Bain, Esq.
                              Florida Bar No. 860360
                              222 Lakeview Avenue, Suite 400
                              West Palm Beach, Florida  33401-6147
                              Telephone:    (561) 653-5000
                              Facsimile:    (561) 653-5333

                              and

                              Charles F. Ketchey, Jr., Esq.
                              Florida Bar No. 181735
                              Akerman Senterfitt
                              Post Office Box 3273
                              Tampa, Florida 33601-3273

                              Attorneys for Cryo-Cell International, Inc. and Brian Zafran, M.D.

{TP157925;1}- 2 -

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice has been furnished to Charles A. Carlson, Esq., Barnett, Bolt, Kirkwood, Long & McBride, Post Office Box 3287, Tampa, Florida 33601 and Paul Andre, Esq., Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025, via regular U.S. Mail and electronic mail on this 2nd day of November, 2004.

                                            /s/ Charles F. Ketchey, Jr.
                                            Attorney