UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

---

CASE NO. **8: 04-cv-1740-T-30TGW**        DATE **November 9, 2004**

TITLE **Pharmasten Therapeutics, Inc. vs. Cryo-Cell International, Inc., et al.**

TIME **8:45 - 9:10 a.m.**        TOTAL **25 minutes**

Honorable **James S. Moody, Jr.**        Deputy Clerk **Sara Boswell**

Court Reporter **Sherrill Jackson**        Courtroom **13A**

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s): |
|---|---|
| Charles Carlson | Charles Ketchey |
| Lisa Kobialka | Jim Rogers |
| Paul Andre | |

---

**PROCEEDINGS:   STATUS CONFERENCE**

Petition has been filed by defendants to have MDL take case for discovery purposes.

Court will approve the case management deadlines proposed by counsel. The Court will stay the case for 120 days. If no resolution comes from the MDL panel, the parties are instructed to file the appropriate motion for preliminary injunction. The Court will set an injunction hearing if the motion is filed.

The Court believes that one court should construe the patents to maintain judicial economy.