UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMASTEM THERAPEUTICS,
INC.,

    Plaintiff,

-vs-

CRYO-CELL INTERNATIONAL,
INC., et al.,

    Defendant.
---------------------------/

Case No. 8:04-cv-1740-T-30TGW
9 November 2004
Tampa, Florida
8:45 a.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JAMES S. MOODY, JR.,
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiff:    PAUL J. ANDRE, ESQUIRE
    LISA KOBIALKA, ESQUIRE
    Perkins, Coie, LLP
    101 Jefferson Drive
    Menlo Park, California 94025-1114
    Phone: (650) 838-4370
    Fax: (650) 838-4350
    E-mail: PAndre@perkinscoie.com

For the Defendant:    CHARLES F. KETCHEY, JR., ESQUIRE
    JAMES J. RODGERS, ESQUIRE
    Akerman, Senterfitt
    First Union Building
    100 South Ashley Drive
    Suite 1500
    Tampa, Florida 33602-5311
    Phone: (813) 223-7333
           (813) 209-5060 direct
    Fax: (813) 223-2837
    E-mail: cketchey@akerman.com

*(appearances continued on next page)*

SHERRILL LYNN JACKSON, Official Court Reporter
U.S. District Court, Middle District of Florida, Tampa Division