IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-154-GMS |
| | ) | Associated with Lead Case 05-md-1660-GMS |
| v. | ) | |
| | ) | |
| CRYO-CELL INTERNATIONAL INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Philip A. Rovner as counsel for plaintiff PharmaStem Therapeutics, Inc. and counter-defendant Nicholas Didier in this action.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

Dated: June 17, 2005
680142

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.
and Counter-Defendant Nicholas Didier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on June 17, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY FEDERAL EXPRESS**

Charles Allen Carlson, Esq.
Barnett Bolt Kirkwood Long & McBride
601 Bayshore Blvd.
Suite 700
Tampa, FL 33606

Charles Franklin Ketchey, Jr., Esq.
Akerman Senterfitt
100 S. Ashley Drive
Suite 1500, P.O. Box 3273
Tampa, FL 33601-3273

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com